UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slumberland Franchising, Inc.,
and Slumberland, Inc.,

    Plaintiffs,

v.

When Pigs Fly LLC, and
Diane K. Watson,

    Defendants.

**ORDER FOR HEARING AND TIMING FOR OPPOSITION BRIEFING**
Civil File No. 10-3847(MJD/JJK)

---

Plaintiffs Slumberland Franchising, Inc., and Slumberland, Inc., have filed a motion for a temporary restraining order. [Docket No. 5]

IT IS HEREBY ORDERED that

1) Oral argument for this matter is scheduled for Friday, September 17, 2010, at 11:00 a.m., in Courtroom 15E in the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415

2) The Opposition to this motion shall be filed by Thursday, September 16, 2010 at 12:00 p.m. Central Time

Dated: September 14, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court

1