
**MONROE**
**MOXNESS**
**BERG**

8000 Norman Center Drive   T 952.885.5999
Suite 1000   F 952.885.5969
Minneapolis, MN 55437-1178   www.MMBLawFirm.com

Leslie M. Witterschein
lwitterschein@mmblawfirm.com
Direct 952.346.1414

February 14, 2011

**VIA ECF**
The Honorable Michael J. Davis
U.S. District Court Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   Slumberland Franchising, Inc., et al. v. When Pigs Fly LLC, et al.
      Civil Action No. 10-3847 MDJ/JJK
      Our File No.:  12953-79

Dear Judge Davis:

This letter is to request the withdrawal of the Amended Motion for Default Judgment inadvertently filed on Friday, February 11, 2011, relative to the above matter. Thank you.

Very truly yours,

**MONROE MOXNESS BERG PA**

Leslie M. Witterschein
Attorney at Law

LMW/ph
Enclosures

MMB: 4841-0379-2136, v. 1