# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Robert J. Bremer,

            Plaintiff,

v.                                                    Civil No. 11-590 (RHK/JJK)

Kenneth R. Larson, et al,
*doing business as Larson Enterprises*

            Defendants

                                                   **ORDER FOR REASSIGNMENT**
                                                    **OF RELATED CASES**

Slumberland Franchising, Inc.et al.,

            PlaintiffS,

v.                                                    Civil No. 10-3847 (MJD/JJK)

When Pigs Fly LLC, et al.
*a Wisconsin limited liability company*

            Defendants.

      Case No. 10-3847 (MJD/JJK) having been assigned to Chief Judge Michael J. Davis and Magistrate Judge Jeffrey J. Keyes and Case No. 11-590 (RHK/JJK) having later been assigned to Judge Richard H. Kyle and Magistrate Judge Jeffrey J. Keyes respectively, and said matters being related cases,

      **IT IS HEREBY ORDERED** that Case No. 11-590 (RHK/JJK) be assigned to Chief Judge Michael J. Davis and Magistrate Judge Jeffrey J. Keyes, nunc pro tunc, by use of a cards on the Mater List of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order filed December 19, 2008.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  March 14, 2011               s/Michael J. Davis
                                                MICHAEL J. DAVIS
                                                United States District Chief Judge


Dated: March 15, 2011               s/ Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge