UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Slumberland Franchising, Inc., a Minnesota corporation; and Slumberland, Inc., a Minnesota corporation,

        Plaintiffs,

v.

When Pigs Fly LLC, a Wisconsin limited liability company, and Diane K. Watson, individually,

        Defendants.
_____

CASE TYPE: Contract Dispute

Civil Action No. 10-3847 MJD/JJK

**MOTION FOR SANCTIONS**

TO:    PLAINTIFFS SLUMBERLAND FRANCHISING, INC. AND SLUMBERLAND, INC.  BY AND THROUGH THEIR ATTONRNEYS JAMES WAHL AND LESLIE WITTERSCHEIN OF MONROE MOXNESS BERG, PA, 8000 NORMAN CENTER DRIVE, SUITE 1000, BLOOMINGTON, MN 55437-1178

    Defendants When Pigs Fly LLC, Diane K. Watson and Robert Bremer will bring a motion for sanctions in connection with Plaintiffs' and their attorneys' conduct in bringing their Motion for Contempt and Sanctions against Defendants and Robert Bremer in this action.  Defendants' and Robert Bremer's motion is based upon the documents submitted in support of their motion, the arguments of counsel and all other matters contained in the file.

Dated:  March 18, 2011.

**OKONESKI LAW FIRM, LLC**

*Thomas J. Okoneski*

Thomas J. Okoneski (146791)
PO Box 9069
North St. Paul, MN   55109
Tel:   (651) 260-3524
okolaw@q.com

*Attorney for Defendants and Robert W. Bremer*