UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slumberland Franchising, Inc.,
and Slumberland, Inc.,

        Plaintiffs,      **ORDER**
                              Civil File No. 10-3847 (MJD/JJK)

v.

When Pigs Fly LLC, and
Diane K. Watson, individually,

        Defendants.

James A. Wahl and Leslie M. Witterschein, Monroe Moxness Berg, PA, Counsel for Plaintiffs.

Thomas J. Okoneski, Okoneski Law Firm, LLC, Counsel for Defendants.

    Based upon Plaintiffs' Motion for Contempt and Sanctions [Docket No. 25] and the accompanying memorandum and affidavits,

    **IT IS HEREBY ORDERED**:

    Defendant Diane Watson and Robert Bremer shall personally appear before this Court on April 1, 2011, at 9:00 a.m. in the Devitt Courtroom in the United States Courthouse, 316 North Robert Street, Saint Paul, MN 55101, to show cause, if any, why Defendant Diane Watson and Robert Bremer should not be held in civil contempt for failing to comply with the Court's Order filed on September 17, 2010 requiring Defendants and their members, agents,

1

employees, and all other persons who act in concert or privity with Defendants to cease infringing Plaintiffs' registered trademarks or using Plaintiffs' registered trademarks in connection with the offer and sale of retail furniture and matress store products and services and related products or services.

Dated: March 29, 2011                    s/Michael J. Davis
                                         Michael J. Davis
                                         Chief Judge
                                         United States District Court