# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Slumberland Franchising, Inc., et al., | **COURT MINUTES** |
| | BEFORE: Michael J. Davis |
| Plaintiffs, | U.S. District Chief Judge |
| v. | Case No: 10-cv-3847 (MJD/JJK) |
| | Date: April 1, 2011 |
| When Pigs Fly, LLC, et al. | Deputy: Kristine Wegner |
| *a Wisconsin limited liability company* | Court Reporter: Lori Simpson |
| | Time Commenced: 9:55 a.m. |
| Defendants. | Time Concluded: 10:20 a.m. |
| | Time in Court: 25 minutes |

Hearing on:  **Motion for Partial Default Judgment [20]**
**Motion for Contempt and Sanctions [25]**
**Motion for Sanctions [44]**

APPEARANCES:

   Plaintiff:   James Wahl and Kristin Kingsbury
   Defendant:   Thomas Okoneski

PROCEEDINGS:

The motions were moved, argued and taken under advisement. Order to follow. Parties are to appear before Magistrate Judge Jeffrey Keyes on April 15, 2011 at 9:30 a.m. for a settlement conference.

Date:   April 1, 2011                                                                            s/Kristine Wegner
                                                                    Calendar Clerk to Chief Judge Michael J. Davis