UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Slumberland Franchising, Inc., a Minnesota corporation; and Slumberland, Inc., a Minnesota corporation, <br><br> Plaintiffs, <br><br> v. <br><br> When Pigs Fly LLC, a Wisconsin limited liability company, and Diane K. Watson, individually, <br><br> Defendants. | CASE TYPE: Contract Dispute <br><br> Civil Action No. 10-3847 MJD/JJK <br><br><br> **STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS WHEN PIGS FLY, LLC AND DIANE K. WATSON** |

STIPULATED FINAL JUDGMENT AGAINST
DEFENDANTS WHEN PIGS FLY, LLC AND DIANE K. WATSON

Plaintiff and Defendants hereby stipulate and agree that this final judgment in favor of Plaintiff and against Defendants with respect to all Counts in the Complaint be and hereby is entered as follows:

**IT IS HEREBY ORDERED, ADJUDEGED AND DECREED** that:

1. This court has jurisdiction over this matter and the parties hereto pursuant to the terms of the Article 28.7 of the Franchise Agreement signed by both parties, in addition to 15 U.S.C. §§1051-1127 and 28 U.S.C. §1331 and §1338.

2. Plaintiffs' Complaint states claims against Defendants upon which relief may be granted pursuant to the Franchise Agreement, 15 U.S.C. §1114, 15 U.S.C. §1125(a), among other claims as laid out in Plaintiffs' Complaint.

3. Defendants failed to Answer the Complaint within the timeframe permitted under the rules and the parties stipulate that Plaintiffs are entitled to judgment pursuant to Rule 55 (b)(2) of the Federal Rules of Civil Procedure.

4. The parties stipulate to entry of judgment in the amount of $224,289.00.

5. This stipulated judgment shall apply to Defendants, successors and assigns.

Dated: 6-29-11

_____
Judge of District Court of Minnesota

APPROVED AND SO STIPULATED:

_____
James A. Wahl
Attorney for Plaintiff

_____
Thomas J. Okoneski
Attorney for Defendant

MMB: 4827-4249-7801, v. 1

2